UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J. D. ENQUIST,

            Plaintiff,

     v.

HAROLD CLARKE, *et al.*,

            Defendants.

Case No.  C07-5069 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
DISMISSING ACTION
PURSUANT TO RULE 41(a)

     This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) be granted. Plaintiff has not filed an objection. The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Application to Proceed IFP and Proposed Civil Rights Complaint [Dkt. #1] are **WITHDRAWN and DISMISSED** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 23rd day of April, 2007.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1