# United States District Court

WESTERN DISTRICT OF WASHINGTON

J. D. ENQUIST

      v.

HAROLD CLARKE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5069FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's application to proceed IFP and Proposed Civil Rights Complaint [Dkt. #1] are **WITHDRAWN and DISMISSED** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.


| April 24, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk